**Name and Address**
Dorothy Thompson
783 Russell Lane
Milpitas, CA. 95035

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. CV 08 4014 SBA

Dorothy Thompson
**Plaintiff / Petitioner**

VS.

General Motors, UAW Union, Sedgwick CMS

**Defendant / Respondent**

**Document Name:** Complaint

*FILED AUG 21 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — E-filing*

**This is a formal complaint against General Motors, the UAW Union, and Sedgwick CMS for Breach, Breach OF Duty, Breach OF Trust and Breach OF Contract and Bad Faith.**

I Begin working for GM in June 1972. I worked there at South Gate until about June 1975. I moved to the Bay area and begin working for GM in Fremont California on July 27, 1976.

I had several industrial injuries there (March 14, 1978, July 19, 1978, and April 21, 1979) but I was able to return back to work with restricted duties. On July 19, 1979 GM could no longer find work for me within the restriction of Dr. MC David, so I was placed on disability leave with out pay.

In May 1981 GM called me back to work, I then called Dr. Mc David for a letter from him stating my restriction; so that when a job was selected an appropriated one would be given to me. Dr. Mc David wrote the letter for me. I gave the letter to Bill Hetch, GM's Job Coordernator; he stated that the restrictions no longer applied to me. I was placed on a job that the doctor had recommended against and I was further injured.

On May 13, 1981 Dr. Mc David wrote a letter to GM stating that in spited of his recommendation, I was placed on a job that he had recommended against and the job had caused further damage.

On June 02, 1981 I was given a Metropolitan Sickness and Accident Claims Form to complete.

On July 31, 1981 I received a letter form GM stating that my Sickness and Accident claim for benefits had been referred to the Metropolitan Life Insurance Company for their determination as to whether I quality for benefits. (In spite of the fact that Dr.McDavid had put me on disability.)

On August 06, 1981 I received a copy of a letter that Metropolitan Life had sent to a Mr. James Wilson GMC Employee Benefit Plan, stating that "On June 15, 1981, following the review of test results, the examiner determined that Ms. Thompson was able to resume the duties of her occupation at that time". GM would not allow me to return to work and Metropolitan did not answer my claim. GM, being Self Insured, my employer, and the administrator of all benefits used deception to keep from paying me my benefits.

On September 23, 1981 I received another copy of a letter that again was sent to Mr. James Wilson Employee Benefit Plan GMC. The letter stated in part, "**Supplemental Sickness and Accident benefits have been correctly paid commencing May 22, 1981. Metropolitan previously indicated that Sickness Accident benefits were not payable beyond May 25, 1981. However' we have now determined that benefits are payable to Ms. Thompson through June 22, 1981.**

However, I received a check form GM stating, " **a payment of worker comp benefits through 06-21-81.** I deposited the check into my account, GM than put a **stop payment'** on the check and the money was taken from my account. This was very irritating, and caused a great hardship.

I have written GM and Metropolitan Life requesting benefits for over 20 years. Each time my claim was denied, Metropolitan and GM stated they would be pleased to review additional information, but did not tell me what additional information was needed.

On April 15, 2008, I called the Department of Labor (EBSA Office). I spoke with Tony Hall. He advised me to send a certified letter to GM and the UAW Union requesting a SPD because GM and the UAW had also refused to send me an application to apply for my pension benefits. Gm said my seniority had been broken on a time for time basic as of June 06, 1986. I was laid off while on a disability leave of absent.

On April 30, 2008 I wrote to Tony Hall of the US Department of Labor requesting his help in also getting my Sickness and Accident Benefits.

On May 21, 2008 I received a letter from Jeffrey W. Johnson, Director of GM's Disability, Life and Layoff Programs. He stated that he had received a letter from the Department of Labor Inquiry regarding my benefits entitlements under the GM Life and Benefits Program for Hourly Employees.

He sent me copies of letter from GM and Metropolitan stating that during the time of my accident I was covered under the plan (this would make my claim valid) but it states that I waited more than 25 years to apply for benefits. I sent him a copy of the Metropolitan's claims form that I filled out June 02 1981 and the replies I received from Metropolitan. I have not received a respond from him.

I am suing General Motors and the UAW Union for Breach of Duty as a Self Insured Employer and Trustees for the duty they owe to me as an injured worker to pay Sickness and Accident Benefits.

I am also suing General Motors and the UAW Union for the breach of a legal duty that is owed to me.

General Motors fraudulently and willfully denied my claim when there was no excuse. General Motors had knowledge of my injuries and work restriction from the letter of Dr. McDavid, dated May 13, 1981 but instead, disregarded it knowing that a strong likelihood that further injury would result and it did.

I am also suing General Motors for UNFAIR CLAIMS PRACTICES. (1) Failing to promptly pay claim when liability is reasonably clear. (2) Compelling me to litigate to recover benefits. (3) Attempting to settle the claim for less than a reasonable value. I am suing for benefits form July 19 1979 as of August 16, 2008 the sum of $ 3,064,500 and (1 billion dollars) for punitive damages for 11,350 days or 1,622 weeks of

delayed benefits. This is egregious. I am requesting the help of the Court to enforce my rights.

Case 4:08-cv-04014-SBA    Document 1    Filed 08/21/2008    Page 5 of 5

§ JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Dorothy Thompson

### DEFENDANTS
General Motors, UAW Union, and Sedgwick CMS.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [X] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury—Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment |  | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending |  |  | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
|  |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act |  | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | Habeas Corpus: | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty |  |  |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 871 IRS—Third Party 26 USC 7609 |  |
|  | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | IMMIGRATION | [ ] 950 Constitutionality of State Statutes |
|  |  | [ ] 555 Prison Condition | [ ] 462 Naturalization Application |  |
|  |  |  | [ ] 463 Habeas Corpus – Alien Detainee |  |
|  |  |  | [ ] 465 Other Immigration Actions |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Refusing to pay undisputed

Brief description of cause:
Breach, Fraud, Unfair Claims Practice Benefits.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Punitive $3,064,500.+ Damages
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE: 8/21/08
SIGNATURE OF ATTORNEY OF RECORD: Dorothy Thompson

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**      Example:      U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.