[Clear Form]

**FILED**
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Dorothy Thompson*, Plaintiff,

vs.

*General Motors, UAW Union, and Sedgwick CMS*, Defendant.

CASE **CV 08 4014**

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, *Dorothy Thompson*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes _____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____
_____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received. $500.00 WKLY
2 MAY 24, 1981
3 _____
4 _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7   a.  Business, Profession or             Yes ___ (No)
8       self employment?
9   b.  Income from stocks, bonds,          Yes ___ (No)
10      or royalties?
11  c.  Rent payments?                      Yes ___ (No)
12  d.  Pensions, annuities, or             Yes ___ (No)
13      life insurance payments?
14  e.  Federal or State welfare payments,  (Yes) ~~No~~
15      Social Security or other govern-
16      ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Social Security Disability $764.00 Month
20 _____

21  3.  Are you married?                    (Yes) ___ No ___
22 Spouse's Full Name: JOSEPH THOMPSON
23 Spouse's Place of Employment: RETIRED SOCIAL SECURITY DISABILITY
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ 1211.00                          Net $ _____

26  4.  a.  List amount you contribute to your spouse's support: $ ??
27      b.  List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

N/A

5. Do you own or are you buying a home?   Yes ____ No ✓

Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

6. Do you own an automobile?   Yes ____ No ✓

Make N/A   Year N/A   Model N/A

Is it financed? Yes ____ No ✓   If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ____ No ✓   (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ____ No ✓   Amount: $ 0

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ 600.00   Utilities: 200.00

Food: $ 600.00   Clothing: $150.00

TRANSPORTATION $300.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ N/A | $ _____ |
| _____ | $ | $ _____ |
| _____ | $ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? ~~Yes~~ (No)
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

UNITED STATES DISTRICT COURT ~~~~

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

AUG. 21, 2008                    *Dorothy Thompson*
DATE                             SIGNATURE OF APPLICANT

- 4 -