1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

2

3

DOROTHY THOMPSON,                                      No.  C 08-04014 SBA

4

            Plaintiff,                                      **ORDER**

5

    v.

6

GENERAL MOTORS, *et al.*,

7

            Defendants.

8   _____

9

10          This action is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge

11   Phyllis J. Hamilton for consideration of whether the case is related to *Thompson v. General Motors*,

12   C 02-04039, or *Thompson v. United Auto Workers Union*, C 02-04226.  The Docketing Clerk is

13   directed to prepare a notice of related case order.

14

15          IT IS SO ORDERED.

16      9/2/08                                      *Saundra B Armstrong*

17                                              Saundra Brown Armstrong
                                                United States District Judge

18

19

20

21

22

23

24

25

26

27

28